UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES ROBIN, III, ET AL                    CIVIL ACTION

VERSUS                                       NO. 10-1295

BP, P.L.C., ET AL                            SECTION "C" 3

## ORDER REALLOTTING CASE

The undersigned, taking cognizance of Title 28, Section 455 and Canon 3-C(1) of the Code of Judicial Conduct, and considering that her husband owns stock in BP, PLC, and that she should thus disqualify herself from acting herein because of such relationship to the aforesaid company; accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to a section of this Court other than Section "C".

New Orleans, Louisiana, this 3rd day of May 2010.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

MAY -3 2010

REALLOTTED TO

SECT. K

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.